JON M. SANDS
Federal Public Defender
DEIRDRE MARIAN MOKOS
Assistant Federal Public Defender
Arizona State Bar No. 016268
Deirdre_Mokos@fd.org
407 W. Congress, Suite 501
Tucson, AZ  85701-1355
Telephone: (520)879-7500, Fax: (520)879-7600
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Sydney Brooke Osment,<br><br>    Defendant. | CR19-2544-TUC-JAS-JR<br><br>MOTION TO CONTINUE TRIAL AND MOTIONS AND PLEA DEADLINE DATES<br><br>Third Request, Unopposed, Out of Custody |
|---|---|

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7) will occur as a result of this motion or an order based thereon.

Defendant, through counsel, requests a 90-day continuance of the plea deadline set for April 10, 2020, and motions deadline, and the trial date of April 28, 2020, based upon the following:

1) Additional time is needed for investigation and preparation for trial;

2) Additional time is needed for counsel to meet with the defendant;

   a. at this time, and since March 12, 2020, counsel is and has been isolating due to concerns about specific household vulnerabilities to COVID-19;

      b. therefore, counsel requests that no scheduling order issue at this time because it may affect the defendant's ability to accept a plea agreement;

3) Assistant U.S. Attorney, Robert A. Fellrath, has no objection to this request.

RESPECTFULLY SUBMITTED: April 7, 2020.

                              JON M. SANDS
                              Federal Public Defender

                              *s/ Deirdre M. Mokos*
                              DEIRDRE MARIAN MOKOS
                              Assistant Federal Public Defender