MICHAEL BAILEY
United States Attorney
District of Arizona
ROBERT A. FELLRATH
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Robert.Fellrath@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Sydney Brooke Osment,<br><br>　　　　　　　　Defendant. | CR 19-2544-TUC-SHR (JR)<br><br>GOVERNMENT MOTION TO CONTINUE TRIAL AND PLEA DEADLINE<br>(First Government Motion,<br>Fifth Motion Overall)<br><br>(Defendant Not in Custody) |

It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(3)(A) will occur as a result of this motion and any order based thereon.

The United States of America, through its attorneys undersigned, hereby moves this court for a continuance of the Trial Date and associated dates for 60 days, and in support states as follows:

1.  This case is set for trial on October 27, 2020 and the change of plea deadline is Friday, October 9, 2020.

2.  Upon information and belief, the defendant passed away in late August or early September 2020.  Undersigned counsel has been in contact with Pretrial Services and officials with Pima County and the Arizona Attorney General's Office.  As of October 6, 2020, the parties are still waiting for the issuance of a death certificate in this matter.  The current best estimate is that a death certificate will be ready no earlier than late October 2020.

3. The government cannot move to dismiss the case until a death certificate is available. Excludable delay is attributable to the defendant's unavailability. 18 U.S.C. § 3161(h)(3)(A).

4. The defendant was not in custody.

5. Counsel for defendant has been notified and does not object to this motion for a continuance of the trial and the related dates.

WHEREFORE, Counsel for the government respectfully requests that the trial and associated deadlines be continued and reset for at least 60 days from the present dates.

Respectfully submitted this 6th day of October, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Robert A. Fellrath*
ROBERT A. FELLRATH
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 6th day of October, 2020, to:

Deirdre Mokos, Esq.